JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEW,<br><br>    Plaintiff,<br><br>  v.<br><br>C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No. 2:21-cv-01686-MFW(MAAx)<br><br>Honorable W. Fitzgerald<br><br>**ORDER** |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on April 27, 2022. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

**IT IS ORDERED** that the case is hereby **CLOSED.**

SIGNED this 27th day of April, 2022.

_____
MICHAEL W. FITZGERALD
United States District Judge